UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ALEX JEANTY,<br><br>             Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST CO. TRUSTEE FOR HOLDINGS OF GSAMP TRUST 2004-AR1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-AR1,<br><br>And<br><br>SELECT PORTFOLIO LOAN SERVICES, LLC,<br><br>And<br><br>BANK OF AMERICA, N.A.,<br><br>             Defendants. | Civil Action No. 1:20-CV-00163-JD |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AFFIDAVIT

Defendants Deutsche Bank National Trust Co. Trustee for Holdings of GSAMP Trust 2004-AR1 Mortgage Pass-Through Certificates Series 2004-AR1 ("Deutsche Bank") and Select Portfolio Services, Inc. ("SPS"), incorrectly named in the above caption as Select Portfolio Loan Services, LLC (together, "Defendants"), hereby move to strike the affidavit of plaintiff Alex Jeanty (the "Affidavit"), which was attached to Plaintiff's Objection to Defendants' Motion to Dismiss his Complaint.

Defendants respectfully request that this Court strike Plaintiff's Affidavit where there is no basis in which the Court should consider it, and where it simply reiterates the allegations in the complaint. First, and to the extent Plaintiff claims that the submission of the Affidavit was

appropriate because Defendants attached the mortgage at issue to the Motion to Dismiss, this argument fails. The documents provided by Defendant in its Motion to Dismiss may be considered by the Court in ruling on the motion. *See In re Colonial Mortgage Bankers Corp.,* 324 F.3d 12, 20 (1st Cir. 2003) (at the motion to dismiss stage a court may consider documents that are incorporated by refence in the complaint, matters of public record and other matters susceptible to judicial notice). The Affidavit is not a document of which the authenticity is not disputed, an official public record, a document central to plaintiff's claim or a document sufficiently referred to in the complaint. *Fletcher v. Seterus, Inc.,* 2014 WL 2218712 *1 (D. N.H. May 29, 2014), *citing Rivera v. Centro Medico de Turabo, Inc.* 575 F.3d 10, 15 (1st Cir. 2009). It is unclear what purpose, if any the Affidavit serves. The Affidavit was arguably not submitted to oppose the Motion to Dismiss as it does not provide any additional details or purported facts beyond what was already alleged in the Complaint.

Next, Plaintiff's Affidavit must be stricken where it simply recites the allegations in the Complaint, which fails to state a claim upon which relief can be granted. *See Jacob v. Curt*, 898 F.2d 838, 839 (1st Cir. 1990) ("[B]ased on the allegations in the complaint, [plaintiff] failed as a matter of law to state a claim upon which relief could be granted. A plaintiff is not entitled to present affidavits and reach the summary judgment stage if her complaint, on its face, reveals an inadequate basis for her claim.") Thus, the Court need not consider and should strike Plaintiff's Affidavit as it is merely duplicative of his insufficiently pled complaint.

WHEREFORE, Defendants Select Portfolio Services, Inc. and Deutsche Bank National Trust Co. Trustee for Holdings of GSAMP Trust 2004-AR1 Mortgage Pass-Through Certificates Series 2004-AR1 respectfully requests that this Court grant its Motion to Strike the Affidavit of Alex Jeanty, and for any other relief it deems just and proper.

Respectfully submitted,

Deutsche Bank National Trust Co. Trustee for Holdings of GSAMP Trust 2004-AR1 Mortgage Pass-Through Certificates Series 2004-AR1,

And

Select Portfolio Services, Inc.,

By their attorney,

*/s/ Kevin P. Polansky*
Kevin P. Polansky (N.H. Bar # 265419)
Kevin.polansky@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
One Post Office Square, 30th Floor
Boston, MA 02109
(617) 217-4700
(617) 217-4710 (fax)

Dated: February 20, 2020

## CERTIFICATE OF SERVICE

I, Kevin P. Polansky, hereby certify that this document filed through the ECF system will be sent electronically all registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date including plaintiff.

Dated: February 20, 2020              */s/ Kevin P. Polansky*